**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RONESHA SMITH**, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**SIGNATURE SYSTEMS, INC.**<br><br>    Defendant. | Case No.: 1:21-cv-02025<br><br>Hon. Lindsay C. Jenkins |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Ronesha Smith, individually, and Defendant Signature Systems, Inc. (collectively "the Parties") hereby stipulate to the dismissal on an individual basis of all pending claims between the Parties with prejudice, with each side to bear its own costs and fees.

Dated: January 12, 2024                                                      Respectfully submitted,

| | |
|---|---|
| By:  */s/ Carl V. Malmstrom*<br>Carl V. Malmstrom<br>**WOLF HALDENSTEIN ADLER FREEMAN  & HERZ LLC**<br>70 West Madison Street, Suite 1400<br>Chicago, Illinois 60602<br>Tel.:  (312) 984-0000<br>Fax:  (312) 214-3110<br>malmstrom@whafh.com<br><br>*Counsel for Plaintiff* | By: */s/ Lisa Handler Ackerman*<br>    Lisa Handler Ackerman<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>   55 West Monroe Street, Suite 3800<br>Chicago, Illinois 60603<br>Telephone: (312) 821-6144<br>Facsimile: (312) 704-1522<br>lisa.ackerman@wilsonelser.com<br><br>*Counsel for Signature Systems, Inc.* |